```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
DECATUR LICENSING LLC,                                         :
                                                               :
                              Plaintiff,                       :    1:21-cv-4691-GHW
                                                               :
              -v -                                             :    ORDER
                                                               :
SONY CORPORATION OF AMERICA,                                   :
                                                               :
                              Defendant.                       :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

Plaintiff's September 3, 2021 application to extend the deadline to file the Proposed Civil Case Management Plan and Scheduling Order and the Joint Status Letter, Dkt. No. 18, is granted. The Plaintiff's application to reschedule the Initial Pretrial Conference, Dkt. No. 18, is also granted.

The Initial Pretrial Conference is adjourned to **October 18, 2021 at 3:00 p.m.** The Proposed Civil Case Management Plan and Scheduling Order and the Joint Status Letter is due by no later than October 11, 2021.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 18.

SO ORDERED.

Dated: September 4, 2021
New York, New York

                                                    _____
                                                          GREGORY H. WOODS
                                                        United States District Judge